HENRY SCHNELL, APPELLEE, v. FARMERS BANK OF DUNBAR ET AL., APPELLANTS.

FILED MAY 1, 1930. No. 27068.

*Thomas E. Dunbar*, for appellants.

*Paul Jessen, contra.*

Heard before GOSS, C. J., DEAN, THOMPSON, EBERLY and DAY, JJ., and FITZGERALD and HASTINGS, District Judges.

PER CURIAM.

This is an action in injunction brought in the district court for Otoe county to enjoin the sale of land on execution. The trial court found in favor of plaintiff and defendants have appealed.

We have carefully examined the record and find that this case is controlled by the decision of this court in *Hiles v. Benton*, 111 Neb. 557. The judgment of the district court is therefore

AFFIRMED.